UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN McCALL, | ) |
|       Plaintiff, | ) ) ) ) Case No. 4:10-cv-00269-HEA |
| v. | ) ) |
| MONRO MUFFLER BRAKE, INC. d/b/a AUTOTIRE CAR CARE CENTER, | ) ) ) |
|       Defendants. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant Monro Muffler Brake, Inc. d/b/a Autotire Car Care Center ("Monro") respectfully moves the Court for a ten-day enlargement of time to respond to plaintiff's Motion for Leave to File First Amended Class Action Complaint (Doc. No. 12). In support of this motion, Monro states as follows:

1. On June 28, 2010, plaintiff filed a Motion for Leave to File First Amended Class Action Complaint. (Doc. No. 5).

2. Monro's response to plaintiff's Motion is presently due on or before July 5, 2010, pursuant to E.D. Mo. L. R. 7-4.01(B).

3. Monro respectfully requests a 10-day enlargement of time, up to and including July 15, 2010, to respond to plaintiff's Motion.

4. Monro requires the requested 10-day enlargement of time to complete its analysis of plaintiff's Motion amid the intervening July 4th holiday.

5. Monro's counsel has conferred with plaintiff's counsel, who has consented on plaintiff's behalf to a 10-day enlargement of time.

6. The requested enlargement of time is reasonable and will not result in prejudice to any party.

A proposed order is attached.

Dated: July 2, 2010

Respectfully submitted,

/s/Robert J. Wagner
  Robert J. Wagner, #62068
  Brian A. Lamping, #5212086
  THOMPSON COBURN LLP
  One US Bank Plaza
  St. Louis, MO 63101
  314-552-6000
  314-552-7000 (fax)
  rwagner@thompsoncoburn.com
  blamping@thompsoncoburn.com

Attorneys for Monro Muffler Brake, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the Court using the CM/ECF electronic filing system on this the 2nd day of July, 2010, to:

John E. Campbell
Erich V. Vieth
The Simon Law Firm
701 Market Street, Suite 1450
Saint Louis, Missouri 63101

*Attorneys for the plaintiff, John McCall*

/s/ Robert J. Wagner