COURTROOM MINUTE SHEET

CAUSE NO. 4:10cv269HEA  DATE: 12/8/10
JUDGE: Autrey
COURT REPORTER: _____
DEPUTY CLERK: _____

John McCall

vs.

Monro Muffler Brake

ATTY(S) FOR PLTF(S) John Campbell
ATTY(S) FOR DEFT(S) Robert Wagner

DEFT PRESENT

PARTIES PRESENT FOR R.16 conference. Schedule discussed. CMO to issue

WITNESSES:

ATTYS PRESENT: _____
COURTROOM TIME: 10:33 - 10:55