# AUTOTIRE
www.autotire.com

TIRES ◆ WHEELS ◆ MUFFLERS ◆ BRAKES
STEERING ◆ SUSPENSION ◆ ALIGNMENTS
OIL CHANGES ◆ SCHEDULED MAINTENANCE

Autotire # 941
3300 Lemay Ferry Road
SAINT LOUIS, MO 63125
(314) 487-1205

MANAGER: JOHN/M RONSICK
TECHNICIAN: BYRON BROWN

*[signature]*
**MANAGER'S SIGNATURE**

JOHN MCCALL
5629 CENTER DR
IMPERIAL, MO 63052
HOME: (636) 942-4034
WORK: (636)

PO #:

SERVICES REQUESTED:
TRANSMISSION FLUSH

9/23/09   12:42   PAGE 1
ESTIMATE #: 104044   INVOICE #: 101887
YEAR: 08   MAKE: CHEVROLET   MODEL: SILVERADO
LICENSE #: 900PK7   COLOR:
STATE: MO   MILEAGE IN: 31695   OUT: 31695
VIN: 1GCEC19X28Z287207194

WHILE WE WERE WORKING ON YOUR CAR:

| QTY | PART NUMBER | REC | DESCRIPTION | TIME | WARR | LIST | NET | LABOR | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
|  | SERVICE |  |  |  |  |  |  |  |  |
| 16 | MAXATF9 | S | 55GAL MAXLIFE ATF |  | 60 | 1.50 | 1.50 | 0.00 | 24.00 |
| 1 | TFF | G | TRANS FLUSH & FILL |  | .60 | 59.99 | 49.99 | 70.00 | 119.99 |
| 1 | VALTFF | S | VALV TRANS FLUSH |  | 60 | 0.00 | 0.00 | -24.00 | -24.00 |
|  |  |  | Total SERVICE |  |  |  |  |  | 119.99 |
|  | MISCELLANEOUS |  |  |  |  |  |  |  |  |
| 1 | FEE | S | SHOP SUPPLY FEE |  | 0 | 11.99 | 11.99 | 0.00 | 11.99 |
|  |  |  | Total MISCELLANEOUS |  |  |  |  |  | 11.99 |

### NOTICE TO CUSTOMERS
Unless otherwise specified, all labor charges preset or based on flat rate manuals, and actual time spent. Unless otherwise specified writing, all parts and labor are warranted for earlier of 90 days or 4000 miles. Please reverse for details. All labor performed and pa replaced were necessary to perform repairs. parts are new unless otherwise specif (i.e. Used or Rebuilt). All personal items should removed from the vehicle before it is left for se ice. We are not responsible for these items.

I certify that this vehicle has been tested or t driven when needed and that the mechanic's w was performed satisfactorily.

*[initials]* Manager's Initia

The undersigned, having tendered payment this invoice by check, credit card, or other charg agrees to pay Monro Muffler Brake, Inc. Tre Quarters Discount Tire, Mr. Tire, Autotire (th Company) a sum equal to all charges ar expenses, including reasonable attorney fees ar returned check charges incurred by the Compan Your employees may operate this vehicle fc Inspection and testing, and/or delivery at my ris. An express mechanical lien is acknowledged o the above vehicle to secure the amount or repair thereto.

*[signature]*
Print Name
Customer signature

**CAUTION:** Owners of Mag, Custom, or Alloy wheels must have lug-nuts retorqued afte 50 miles! The Company will gladly retorque these lug-nuts once after the first 50 miles at no charge.

See reverse for Diagnosis (REC), Warranty (WARR), and Location (LOC) codes.

**FLEET & COMMERCIAL ACCOUNTS WELCOME!**

| VISA | 137.42 | XXXXXXXXXXXX2131 | 114834 | SUB TOTAL | 131.98 |
|---|---|---|---|---|---|
| JOHN M RONSICK |  |  |  | SALES TAX | 5.44 |
|  |  |  |  | GRAND TOTAL | 137.42 |

**PLAINTIFF'S EXHIBIT 1**

CUSTOMER COPY    INVOICE    SHOP 0941    INVOICE