Exhibit A-1



TIRES ◆ WHEELS ◆ MUFFLERS ◆ BRAKES
STEERING ◆ SUSPENSION ◆ ALIGNMENTS
OIL CHANGES ◆ SCHEDULED MAINTENANCE

Autotire # 941
3300 Lemay Ferry Road

SAINT LOUIS, MO 63125
(314) 487-1205

MANAGER: JOHN M ROMSICK
TECHNICIAN:

0941050521
JOHN MCCALL
5629 CENTER DR
IMPERIAL, MO 63052
HOME: (636) 942-4034
WORK: (636)

PO #:   SERVICES REQUESTED:
TRANSMISSION FLUSH

9/23/09       11:45        PAGE 1
ESTIMATE #: 104044
YEAR: 08   MAKE: CHEVROLET   MODEL: SILVERADO
LICENSE #:        COLOR:
STATE:   MILEAGE IN: 1   OUT: 0
VIN:

WHILE WE WERE WORKING WE NOTICED:

| QTY | PART NUMBER | REC | DESCRIPTION | LOC | WARR | LIST | NET | LABOR | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | SERVICE | | | | | | | | |
| 16 | MAXATFB | S | 55GAL MAXLIFE ATF | | 60 | 1.50 | 1.50 | 0.00 | 24.00 |
| 1 | TFF | *S | TRANS FLUSH & FILL | | 60 | 59.99 | 49.99 | 70.00 | 119.99 |
| 1 | VALTFF | S | VALV TRANS FLUSH | | 60 | 0.00 | 0.00 | -24.00 | -24.00 |
| | | | Total SERVICE | | | | | | 119.99 |
| | MISCELLANEOUS | | | | | | | | |
| 1 | FEE | *S | SHOP SUPPLY FEE | | 0 | 11.99 | 11.99 | 0.00 | 11.99 |
| | | | Total MISCELLANEOUS | | | | | | 11.99 |

11:45
Waite

Customer Signature

**SEE REVERSE SIDE FOR DIAGNOSIS
AND WARRANTY CODES, AND
AUTHORIZATION INFORMATION**

SUB TOTAL       131.98
SALES TAX         5.44
GRAND TOTAL    137.42