UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN MCCALL and JAMES RAM, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:10-cv-00269-HEA |
| ) | |
| MONRO MUFFLER BRAKE, INC., ) | |
| d/b/a AUTOTIRE CAR CARE CENTER, ) | |
| ) | |
| and ) | |
| ) | |
| AM-PAC TIRE DIST. INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR EXTENSIONS OF TIME**

COME NOW Plaintiffs John McCall and James Ram ("Plaintiffs") and Defendants Monro Muffler Brake, Inc. and Am-Pac Tire Dist. Inc. ("Defendants") and request several small adjustments to the briefing schedule on Plaintiffs' Motion to Certify (Doc. 82) and Defendants' Motion for Summary Judgment (Doc. 78). The adjustments are requested due to work and vacation schedules. In support, the parties state as follows:

1. Defendants' opposition to the Motion to Certify is presently due on March 30, 2012. Defendants request a three-day extension to April 2, 2012.

2. Plaintiffs' opposition to the Motion for Summary Judgment is presently due on March 26, 2012. Plaintiffs request a one-week extension to April 2, 2012.

3. If Plaintiffs' requested extension is granted, Defendants' Reply in Support of the Motion for Summary Judgment would be due on April 12, 2012. Defendants request an 11-day extension to April 23, 2012.

WHEREFORE, the parties respectfully request the foregoing extensions of time.

- 2 -

Respectfully submitted,

| THE SIMON LAW FIRM | THOMPSON COBURN LLP |
|---|---|
| By: /s/ John Campbell | By: /s/ Robert J. Wagner |
| John Campbell, #29850MO | Robert J. Wagner, #46391MO |
| Erich Vieth, #59318MO | Brian A. Lamping, #61054MO |
| 701 Market Street, Suite 1450 | One US Bank Plaza |
| Saint Louis, Missouri 63101 | Saint Louis, Missouri 63101 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been filed with the Court using the CM/ECF electronic filing system on this the 22nd day of March, 2012, to:

    Robert J. Wagner
    Brian A. Lamping
    Thompson Coburn LLP
    One US Bank Plaza
    Saint Louis, Missouri 63101

    *Attorneys for the Defendants*

    /s/ John E. Campbell