UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN McCALL and JAMES RAM<br><br>    Plaintiffs,<br><br>v.<br><br>MONRO MUFFLER BRAKE, INC. d/b/a<br>AUTOTIRE CAR CARE CENTER,<br><br>and<br><br>AM-PAC TIRE DIST. INC.<br><br>    Defendants. | Case No. 4:10-cv-00269-HEA |

**PLAINTIFF'S MOTION TO PRESENT MOTION FOR CLASS CERTIFICATION
BY ORAL ARGUMENT, AND
TO DESIGNATE ORDER OF RESOLUTION OF PENDING MOTIONS**

1. Plaintiffs have filed a motion for class certification.

2. Defendants have filed a motion for summary judgment.

3. Plaintiffs intend to soon file their own motion for summary judgment.

4. For the reasons set forth in the accompanying memorandum, Plaintiffs seek oral argument of their motion for class certification pursuant to Local Rule 78-4.02.

5. For the reasons set forth in the accompanying memorandum, Plaintiffs ask this Court to first determine the pending motion for class certification, and only after making that ruling, address the motions for summary judgment, such that these summary judgment rulings would bind all class members.

1

Respectfully submitted,

**THE SIMON LAW FIRM**

 /s/  John Campbell
John Campbell, #543242MO
Erich Vieth, #29850MO
Attorneys for Plaintiffs
800 Market St. Suite 1700
St. Louis, MO 63101
P. 314.241.2929
F. 314.241.2029
jcampbell@simonlawpc.com
evieth@simonlawpc.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon attorneys of record.

 /s/    John Campbell