UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN MCCALL AND JAMES RAM, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:10CV0269 JAR |
| ) | |
| MONRO MUFFLER BRAKE, INC. d/b/a ) | |
| AUTOTIRE CARE CARE CENTER ) | |
| ) | |
| and ) | |
| ) | |
| AM-PAC TIRE DIST. INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Present Motion for Class Certification by Oral Argument, and To Designate Order of Resolution of Pending Motions (ECF No. 109).

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Present Motion for Class Certification by Oral Argument, and To Designate Order of Resolution of Pending Motions (ECF No. 109) is **GRANTED**. This matter is set for hearing on Plaintiffs' Motion for Class Certification (ECF No. 82) on **Friday, May 25, 2012 at 10:00 a.m.** In addition, this Court will defer ruling on Defendants' Motion for Summary Judgment as to Plaintiffs McCall and Ram (ECF No. 78) until after the Court rules on Plaintiffs' Motion for Class Certification.

- 2 -

Dated this 8th day of May, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE