## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JOHN MCCALL and JAMES RAM, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:10-cv-00269-HEA |
| ) | |
| MONRO MUFFLER BRAKE, INC., ) | |
| d/b/a AUTOTIRE CAR CARE CENTER, ) | |
| ) | |
| and ) | |
| ) | |
| AM-PAC TIRE DIST. INC., ) | |
| ) | |
| Defendants. ) | |

### CONSENT MOTION TO RESCHEDULE HEARING

COMES NOW Defendants Monro Muffler Brake, Inc. and Am-Pac Tire Dist. Inc. ("Defendants"), with the consent of Plaintiffs John McCall and James Ram ("Plaintiffs"), and request that this Court reschedule the hearing on Plaintiffs' Motion for Class Certification to June 14, 2012 at 1:30 p.m.  In support, Defendants state as follows:

1.    On May 8, 2012, this Court entered an order scheduling a hearing on Plaintiffs' Motion for Class Certification for Friday, May 25, 2012 at 10:00 a.m.

2.    So that the general counsel for Defendant Monro Muffler Brake, Inc. can attend the hearing, Defendants contacted the Court and obtained alternate hearing dates.

3.    Defendants communicated these alternate dates to Plaintiffs, and Plaintiffs agreed to a new hearing date of June 14, 2012 at 1:30 p.m.

WHEREFORE, Defendants request that this Court reschedule the hearing on Plaintiffs' Motion for Class Certification for Thursday, June 14, 2012 at 1:30 p.m.

Respectfully submitted,

By: /s/ Brian A. Lamping
    Robert J. Wagner, #46391MO
    Brian A. Lamping, #61054MO
    THOMPSON COBURN LLP
    One US Bank Plaza
    St. Louis, MO  63101
    314-552-6000
    314-552-7000 (fax)
    rwagner@thompsoncoburn.com
    blamping@thompsoncoburn.com

Attorneys for Defendants Monro Muffler Brake, Inc. and Am-Pac Tire Dist. Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the Court using the CM/ECF electronic filing system on this the 17th day of May, 2012:

    /s/ Brian A. Lamping