UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN MCCALL AND JAMES RAM, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) )   Case No. 4:10CV0269 JAR |
| MONRO MUFFLER BRAKE, INC. d/b/a AUTOTIRE CARE CARE CENTER | ) ) ) ) |
| and | ) ) |
| AM-PAC TIRE DIST. INC., | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants' Consent Motion to Reschedule Hearing (ECF No. 115).  Defendants' Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the hearing on Plaintiffs' Motion for Class Certification (ECF No. 82) is set for **June 14, 2012 at 1:30 p.m.**

The prior hearing date of **Friday, May 25, 2012 at 10:00 a.m.** is **VACATED**.

Dated this 18th day of May, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE